**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**GARY LEON WEBSTER**                                                                          **PLAINTIFF**
**ADC #114018**

**v.**                                        **CASE NO. 3:19-CV-00332 BSM**

**CAMERON SAILOR, Parole and**
**Probation Officer, Craighead County**                                              **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 25th day of November 2019.

_____
UNITED STATES DISTRICT JUDGE